**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

v.                        **CASE NO. 4:12CR00244 BSM**

**SUSAN ELAINE BOYCE**                                           **DEFENDANT**

**AMENDED JUDGMENT**

The September 26, 2014, judgment [Doc. No. 29] is amended to strike all conditions concerning defendant Susan Elaine Boyce's substance abuse history, and to strike the requirement of substance abuse treatment. The remaining portions of the judgment remain in effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 7th day of October 2014.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE